UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20668-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

BYRAMJI MONECK JAVAT,
LUIS ALBERTO SOTO,
SUNIL CHOPRA,
WILLIAM ARMANDO and
EMANUEL GEORGE DASKOS,
    Defendant(s)
_____/

## ORDER SETTING SENTENCING HEARING

THIS MATTER comes before the Court pursuant to the Parties Joint Motion to Continue Sentencing Hearing and the Parties request to have all defendants sentenced at the same time. After reviewing the notices of unavailability filed by the Government, Defendants Javat, Soto and Armando, the Sentencings for all defendants is hereby set for **MONDAY, DECEMBER 16, 2019 at 10:00 am** before the undersigned in Miami. The Court has set aside 4 hours for this hearing.

**DONE AND ORDERED** at Miami, Florida this 15th day of November, 2019.

                                              Donald M. Middlebrooks
                                              United States District Judge

cc:    Counsel of Record